NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

CLAYTON WHITE,
a/k/a CLAYTON ADRIAN WHITE,

       Appellant,

v.

STATE OF FLORIDA,

       Appellee.

Case No. 2D16-4842

Opinion filed March 14, 2018.

Appeal from the Circuit Court for
Hillsborough County; William Fuente, Judge.

Howard L. Dimmig, II, Public Defender, and
Deana K. Marshall, Special Assistant Public
Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Helene S. Parnes,
Assistant Attorney General, Tampa, for
Appellee.

PER CURIAM.

       Affirmed.

VILLANTI, BLACK, and SALARIO, JJ., Concur.